IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | Cr. No. 96-181 |
| **Alfred Dover**<br>**USM# 49952-066** | : | |

ORDER

      AND NOW, this 24th day of February, 2015, upon consideration of the Defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines and the government's response thereto, and after a hearing in open court, it is **ORDERED** that the motion is **GRANTED.** The term of imprisonment in this case is reduced from 248 months to 208 months, effective November 1, 2015.

      The Court recommends that the Bureau of Prisons recompute the sentence in a timely manner and review the Defendant's appropriateness for placement in a Residential Reentry Center consistent with this reduction. The Court further recommends that Defendant remain at the FDC Philadelphia until placement in a Residential Reentry Center or until completion of his sentence.

                                  BY THE COURT:


                                  ***/s/R. Barclay Surrick***
                                  **HON. R. BARCLAY SURRICK**
                                  **United States District Court Judge**