IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | |
| ALFRED DOVER | : | NO. 96-181 |
| | : | |
| | : | |

# **O R D E R**

**AND NOW**, this 12th day of June, 2017, upon consideration of Petitioner Alfred Dover's Petition for Writ of *Coram Nobis* (ECF No. 259), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. The Petition for a Writ of Error *Coram Nobis* pursuant to 28 U.S.C. § 1651(a) is **DENIED**.

2. In accordance with 28 U.S.C. § 1631, the Petition will be transferred to the Third Circuit Court of Appeals as a petition for leave to file a second or successive habeas petition under 28 U.S.C. § 2255(h).

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**